The reasoning applied in the cited case has equal application in the present case. The protest is overruled and judgment will be rendered accordingly.

**No. 57547.**—A. J. Van Dugteren & Sons, Inc. *v.* United States, protest 197044–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that certain items of the merchandise consist of china figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 57548.**—Gaillet & Hartig Co., Inc. *v.* United States, protests 206055–K and 206737–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiff was sustained.

**No. 57549.**—D. C. Andrews & Co., Inc. *v.* United States, protest 206840–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiff was sustained.

**No. 57550.**—China Fur Trading Co. *v.* United States, protest 937003–G (San Francisco).